802

No. 75–6688.   Odom v. Caldwell.   Affirmed on appeal from D. C. N. D. Ga.

No. 75–1913.   Habron et al. v. Epstein, Commissioner of Labor and Industry of Maryland, et al.   Affirmed on appeal from D. C. Md.   Mr. Justice Marshall would note probable jurisdiction and set case for oral argument. ■

No. 75–1386.   Hadley v. New Hampshire.   Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question.

No. 75–1408.   Gipson v. Texas.   Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 75–1662.   Witz, Administratrix v. Renner Realty Corp. et al.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 75–1699.   Horodner v. Fisher, Commissioner, Department of Motor Vehicles of New York, et al.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 75–1734.   Kubo et al. v. Agricultural Labor Relations Board of California et al.; and
No. 75–1754.   Pandol & Sons et al. v. Agricultural Labor Relations Board of California et al.   Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 75–1917.   In re Robb.   Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question.